```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19536
   DAVID O KROLL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5419


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/29/2008 and was not confirmed.

    The case was dismissed without confirmation 11/10/2008.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
 LVNV FUNDING               UNSECURED         5799.11          .00            .00
 DELL FINANCIAL SERVICES    UNSECURED         1534.49          .00            .00
 ECAST SETTLEMENT CORP      UNSECURED         2402.28          .00            .00
 RETAIL SERVICES            UNSECURED       NOT FILED          .00            .00
 MACYS RETAIL HOLDINGS      UNSECURED          329.92          .00            .00
 SAXON MORTGAGE             CURRENT MORTG        .00           .00            .00
 SAXON MORTGAGE             MORTGAGE ARRE        .00           .00            .00
 LITTON LOAN SERVICING      CURRENT MORTG        .00           .00            .00
 CAVALRY PORTFOLIO SERVIC   UNSECURED          555.00          .00            .00
 SAXON MORTGAGE SERVICES    MORTGAGE NOTI NOT FILED            .00            .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED          318.53          .00            .00
 BURNS & WINCEK LTD         DEBTOR ATTY      1,799.00                     1,799.00
 TOM VAUGHN                 TRUSTEE                                         139.58
 DEBTOR REFUND              REFUND                                          413.42

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE             2,352.00

 PRIORITY                                          .00
 SECURED                                           .00
 UNSECURED                                         .00
 ADMINISTRATIVE                                1,799.00
 TRUSTEE COMPENSATION                            139.58
 DEBTOR REFUND                                   413.42
                     ---------------       ---------------
 TOTALS              2,352.00                  2,352.00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 19536 DAVID O KROLL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE